FRANK ZOCCANO, Appellant, *v.* LONG ISLAND RAIL ROAD COMPANY, Respondent.

Submitted June 4, 1948; decided July 16, 1948.

*Nathaniel A. Kahn* and *Abraham Brinn* for appellant.
*Louis J. Carruthers* and *Ralph E. Hemstreet* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, THACHER, DYE and FULD, JJ. Dissenting: DESMOND, J. Taking no part: CONWAY, J.